MARVIN JAMES ROSENEAU, Appellant, *v.* STATE
OF NEVADA, Respondent.

No. 6040

September 24, 1971                    488 P.2d 917

*H. Dale Murphy,* Public Defender, and *Jack Grellman,*
Deputy Public Defender, Washoe County, for Appellant.

*Robert List,* Attorney General, *Robert E. Rose,* District
Attorney, and *Gary R. Silverman,* Deputy District Attorney,
Washoe County, for Respondent.


## OPINION

*Per Curiam:*

The appellant stands convicted of the infamous crime against
nature [NRS 201.190] and is presently incarcerated in the
Nevada State Prison. The Public Defender of Washoe County
has submitted this appeal pursuant to the command of Anders
v. California, 386 U.S. 738 (1967), and has referred to any
point in the record that might arguably support an appeal.
Sanchez v. State, 85 Nev. 95, 450 P.2d 793 (1969). This
court ordered that a transcript be supplied to the appellant, an
indigent. Griffin v. Illinois, 351 U.S. 12 (1956); Draper v.
Washington, 372 U.S. 487 (1963); Eskridge v. Washington
Prison Bd., 357 U.S. 214 (1958); Entsminger v. Iowa, 386
U.S. 748 (1967). We have independently reviewed the claims
of error in the light of the complete record of this case, includ-
ing the transcript, and find them to be frivolous.

Affirmed.